C. A. No. 77-163. STATE *v.* PAUL GAZERRO. Defendant's motion for special assignment is denied.

The defendant's motion to remand is denied without prejudice to filing a proper motion setting forth sufficient grounds to justify a remand.

The defendant is directed to file a transcript of the hearing in the Superior Court concerning his motion for bail pending appeal. Bevilacqua, C. J., not participating. *Julius C. Michaelson*, Attorney General, *Nancy Marks Rahmes*, Special Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline*, for defendant.

APPEAL No. 75-22. LUCINDO CARVALHO *v.* DECORATIVE FABRICS Co. Motion for a counsel fee pursuant to G.L. 1956, §28-35-32, as amended, is granted, and petitioner is awarded a counsel fee in the amount of $1000 for services rendered before this court. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Howard I. Lipsey*, for plaintiff. *Charles H. Anderson*, for defendant.